```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
The Phoenix Insurance Company,

                      Plaintiff,

-against-

Colony Insurance Company,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/29/2024

24 Civ. 1298 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

       On February 26, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by April 26, 2024. ECF No. 8. Those submissions are now overdue.

       Accordingly, by **May 15, 2024**, the parties shall submit their joint letter and proposed case management plan.

       SO ORDERED.

Dated: April 29, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge