USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __09/20/2024__

# USERY & ASSOCIATES

PETRA P. STARR, ESQ.  
Admitted in NY

**MAILING ADDRESS:**  
**P.O. BOX 2996**  
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680  
FACSIMILE: 844-571-3789

Email: pstarr@travelers.com

September 19, 2024

*Via CM/ECF*  
U.S. District Judge Analisa Torres  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 20A  
New York, New York 10007  
Torres_NYSDChambers@nysd.uscourts.gov

Re:  *The Phoenix Insurance Company v. Colony Insurance Company*  
Case No.: 1:24-cv-01298-AT

Dear Judge Torres:

This office represents Plaintiff The Phoenix Insurance Company ("Phoenix") in the captioned matter.

Pursuant to the Court's Order entered on November 22, 2023, and in accordance with Rule I.C of the Court's Individual Rules of Practice in Civil Cases, Phoenix and the Defendant, Colony Insurance Company ("Colony") (together, the "Parties") submit this joint letter to request to adjourn the Case Management Conference currently scheduled for October 1, 2024 at 10:00 AM for an additional thirty days to November 1, 2024 to allow time for the parties to meet and confer, complete and file a joint status report and file pre-motion letter(s).

There have been no previous requests for adjournments or extensions, the Parties are in agreement to this request.

The case management conference scheduled for October 1, 2024, is ADJOURNED to **November 4, 2024**, at **2:00 p.m.**

SO ORDERED.

Dated: September 20, 2024  
       New York, New York

_____  
ANALISA TORRES  
United States District Judge

1