```
                                                          USDC SDNY
                                                          DOCUMENT
                                                          ELECTRONICALLY FILED
                                                          DOC #: _____
                                                          DATE FILED:  12/6/2024
```

# USERY & ASSOCIATES

| | | |
|---|---|---|
| MICHAEL BUCKLEY, ESQ.<br>Admitted in NY | **MAILING ADDRESS:**<br>**P.O. BOX 2996**<br>HARTFORD, CT 06104-2996<br><br>TELEPHONE: 917-778-6680<br>FACSIMILE: 844-571-3789 | Direct Dial: (add)<br><br>Email: mbuckle4@travelers.com |

December 5, 2024

*Via CM/ECF*
U.S. District Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Room 20A
New York, New York 10007

   Re:   *The Phoenix Insurance Company v. Colony Insurance Company*
            <u>Case No.: 1:24-cv-01298-AT</u>

Dear Judge Torres:

      This office represents Plaintiff The Phoenix Insurance Company (Phoenix) relative to the captioned matter and am submitted this letter as a joint request on behalf of Phoenix and Defendant Colony Insurance Company (Colony) to adjourn the December 6th due date for filing of pre-motion letters and the currently scheduled December 13, 2024 case management conference.

      Phoenix has presented a settlement proposal to Colony which Colony is in the process of reviewing internally. Based on my recent exchange with Colony's counsel, I am advised Colony's settlement review/approval process is taking longer than previously anticipated in light of year-end reporting requirements. Accordingly, Phoenix and Colony jointly request that tomorrow's deadline for submission of pre-motion letters be adjourned until Friday, January 10, 2025 to provide adequate time for the parties to work towards resolution of this claim without the need for motion practice.

      There have been two prior adjournments of the pre-motion letter submission deadline, the most recent precipitated by the passing of my mother last month, but in light of the fact that discovery is complete and no experts are necessary for resolution of this case, Phoenix and Colony agree that their current efforts at reaching a negotiated settlement of this case are preferable to initiating motion practice.

      Thank you for Your Honor's consideration of this joint request to adjourn tomorrow's pre-motion submission deadline to January 10, 2025, with the related adjournment of the December 13, 2024 case management conference.

Respectfully submitted,

/s/Joseph Poe, Esq.  /s/ Michael Buckley, Esq.
Joseph Poe, Esq.  Michael Buckley, Esq.

GRANTED. The deadline to file pre-motion letters is extended to **January 10, 2025**. The case management conference scheduled for December 13, 2024, is ADJOURNED *sine die*.

SO ORDERED.

Dated: December 6, 2024
      New York, New York

ANALISA TORRES
United States District Judge

2